# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| PAE Government Services, Inc. | ) ASBCA Nos. 60719, 60720 |
| | ) |
| Under Contract Nos. N33191-12-D-0407 | ) |
| N33191-07-D-0207 | ) |

APPEARANCES FOR THE APPELLANT:      Richard C. Johnson, Esq.
                                    Zachary D. Prince, Esq.
                                      Smith Pachter McWhorter PLC
                                      Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                    Patricia Walter, Esq.
                                      Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE KENNETH D. WOODROW

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $950,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 4, 2022



KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals


(Signatures continued)

I concur                                              I concur


_____          _____
RICHARD SHACKLEFORD                       J. REID PROUTY
Administrative Judge                      Administrative Judge
Acting Chairman                           Vice Chairman
Armed Services Board                      Armed Services Board
of Contract Appeals                       of Contract Appeals



      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 60719, 60720, Appeals of
PAE Government Services, Inc., rendered in conformance with the Board's Charter.


      Dated:  March 8, 2022



_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals